# SETH LYMAN v. THE MEGA LIFE AND HEALTH INSURANCE COMPANY, et al.

**(Washoe Second Judicial District Court Case No. CV10-02048)**

## INDEX TO EXHIBITS

**EXHIBIT A**     TRIAL COURT CASES, UNPUBLISHED DISPOSITIONS, TRIAL REPORTER SYNOPSES AND ONE WEBSITE PRINTOUT

**EXHIBIT B**     ALL PROCESS, PLEADINGS AND ORDERS SERVED

2232854.1