ANN-MARTHA ANDREWS
Nevada Bar No. 7585
AAndrews@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for Defendant
Aetna Life Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SETH LYMAN,

               Plaintiff,

     vs.

THE MEGA LIFE AND HEALTH
INSURANCE COMPANY, an entity
authorized to do business in the State of
Nevada; AETNA LIFE INSURANCE
COMPANY, an entity authorized to do
business in the State of Nevada; AETNA
STUDENT HEALTH, an entity authorized
to do business in the State of Nevada; and
DOES 1-50, inclusive,

               Defendants.

Case No. 3:10-cv-00554-HDM-RAM

**CERTIFICATE OF INTERESTED PARTIES**

      In accordance with FED. R. CIV. P. 7.1 and Local Rule 7.1-1, the undersigned counsel of record for defendant Aetna Life Insurance Company ("ALIC") hereby certifies that the following parties are known to have a direct pecuniary interest in the outcome of this case:

      Aetna Life Insurance Company, the defendant in this case, is a wholly owned subsidiary of Aetna Inc., a publicly traded corporation.  There is no single owner of more

than 10 percent of Aetna Inc. stock.

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

RESPECTFULLY SUBMITTED this 17th day of September, 2010.

LEWIS AND ROCA LLP


BY: /s/ *Ann-Martha Andrews*
ANN-MARTHA ANDREWS
Nevada Bar No. 7585
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169
Attorneys for Defendant
Aetna Life Insurance Company


## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Steven J. Klearman, Esq.
Steven J. Klearman & Associates
437 West Plumb Lane
Reno, Nevada  89509
Attorneys for Plaintiff


/s/ *Roxann Draper*
LEWIS AND ROCA LLP